PROB 12C
(7/93)

Report Date: July 8, 2014

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 08 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian T. Bounds                Case Number: 0980 2:09CR02088-001

Address of Offender: ████████████ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 7, 2010

Original Offense:       Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 & 2

Original Sentence:      Prison 41 months            Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Shawn N. Anderson           Date Supervision Commenced: October 19, 2012

Defense Attorney:       Diane E. Hehir              Date Supervision Expires: May 12, 2017

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Bounds failed to come to the office and complete his monthly report form between the first and fifth of July, 2014. The defendant's current whereabouts are unknown. |
| 2 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: The defendant disclosed he found some methamphetamine in a pair of pants and used the drug. He admitted to using methamphetamine on May 23, 2014. |
| 3 | **Special Condition #23**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: See supporting Evidence for violation #2. |

Prob12C
Re: Bounds, Brian T.
July 8, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/08/2014

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

July 8, 2014
Date