PROB 12C
(7/93)

Report Date: July 30, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 30 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brian T. Bounds | Case Number: 0980 2:09CR02088-EFS-1 |
| Address of Offender: | Yakima, WA  98902 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 7, 2010

Original Offense:         Conspiracy and Aiding and Abetting, 18 U.S.C. §§ 371 & 2

| | | |
|---|---|---|
| Revocation Sentence: | Prison - 90 days;<br>TSR - 28 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: November 8, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: March 7, 2017 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/22/2014.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On February 27, 2015, Mr. Bounds was arrested and charged with 22 counts of second degree identity theft, by the Yakima County Superior Court.  On July 2, 2015, Mr. Bounds pled guilty to one count of second degree identity theft, cause number 15-1-00317-3.  The defendant was sentenced to 57 months confinement and 12 months of community custody, his scheduled release date is currently unknown. |

Prob12C
Re: Bounds, Brian T.
July 30, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/30/2015

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

July 30, 2015
Date